BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0207 MCE |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS INDICTMENT AND [PROPOSED] ORDER |
| v. | |
| ISRAEL WASHINGTON, | |
| Defendant. | |

    The United States of America, through its attorney of record, Assistant U.S. Attorney Jason Hitt, hereby moves for an order dismissing the Indictment against defendant Israel WASHIGNTON in Case No. 2:13-CR-0207 MCE pursuant to Federal Rule of Criminal Procedure 48(a).

    The government brings this motion in the interests of justice based upon the practical consideration that all of the offense conduct alleged in this case was previously proven in the jury trial of defendant WASHINGTON in the related case of Case No. 2:13-CR-206 MCE. The Probation Officer's Presentence Investigation Report in Case No. 2:13-CR-206 MCE accurately describes the conduct and assesses the defendant's a specific offense characteristic for the same criminal conduct alleged in Case No. 2:13-CR-207 MCE. The United States believes that further pursuing the charge in this case would not be an effective use of judicial or government resources because it is unlikely to result in any additional consecutive prison time.

Accordingly, the United States respectfully moves to dismiss the Indictment against defendant WASHINGTON in Case No. 2:13-CR-0207 MCE in the interests of justice pursuant to Rule 48(a).

BENJAMIN B. WAGNER
United States Attorney

Dated: March 3, 2016         /s/Jason Hitt
                             JASON HITT
                             Assistant United States Attorney

2

**O R D E R**

For the reasons set forth in the motion to dismiss the Indictment filed by the United States, it is hereby ordered that the Indictment in Case No. 2:13-CR-0207 MCE against Israel Washington is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.

IT IS SO ORDERED.

Dated:  March 7, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT